FILED ☒  LODGED ___
RECEIVED ___  COPY ___

JUN 2 0 2006

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. 06-0233M |
|---|---|
| Plaintiff, | ORDER FOR RELEASE OF MATERIAL WITNESS |
| v. | |
| Ivan Orlando Sandoval-Aguirre, | |
| Defendant. | |

Upon joint motion of the parties to this action, and for good cause shown,

**IT IS ORDERED** directing the United States Marshal to release the material witness in this action, Carlos Navarijo-Garcia, to the Department of Homeland Security, for return to his country of origin.

Dated this 20th day of June, 2006.

_____
United States Magistrate Judge

cc: USMS in open court, jr
6/20/06